

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2015

No. 04-14-00888-CR

Harold James **HARRIS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 1, Bexar County, Texas
Trial Court No. 384759
The Honorable John D.  Fleming, Judge Presiding

# O R D E R

Sitting:       Sandee Bryan Marion, Chief Justice
                    Karen Angelini, Justice
                    Jason Pulliam, Justice

The Panel has considered the Appellant's Motion for Rehearing, and the Motion is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court